UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-MJ-03156-O'SULLIVAN

UNITED STATES OF AMERICA

vs.

JOSE FERNANDEZ PEREZ,

    Material Witness.

_____/

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby requests dismissal without prejudice of the following material witness from the material witness complaint: <u>Jose Fernandez Perez</u>.

                                               Respectfully submitted,

                                               R. ALEXANDER ACOSTA
                                               UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 10/3/07

                                               JOHN J. O'SULLIVAN
                                               UNITED STATES MAGISTRATE JUDGE

cc:    Daniel S. Fridman, AUSA
        Carlos Fleites, Esq., Cousnel for Defendant Luis Ernesto Guevara Barreda
        Tom Almon, Esq., Counsel for Material Witness Jose Fernandez Perez
        United States Marshal
        Chief Probation Officer
        Pretrial Services